SEYFARTH SHAW LLP
Mark P. Grajski (SBN 178050)
mgrajski@seyfarth.com
Lindsay Fitch (SBN 238227)
lfitch@seyfarth.com
Geoffrey C. Westbrook (SBN 281961)
gwestbrook@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:     (916) 448-0159
Facsimile:     (916) 558-4839

Attorneys for Defendant
NATIONAL EXPRESS TRANSIT CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| JORGE GUZMAN HERNANDEZ, | Case No. 1:17-cv-00610-DAD-EPG |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE *AND* RELATED DEADLINES** |
| v. | |
| NATIONAL EXPRESS TRANSIT CORPORATION, a corporation; DANIEL KLEMPLE, an individual; DOES 1 through 50, inclusive, | |
| Defendants. | Complaint Filed:  March 23, 2017 |

WHEREAS an initial Scheduling Conference is scheduled for August 15, 2017 at 10:00 a.m. in Courtroom 10, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California, before the Honorable Erica P. Grosjean;

WHEREAS the parties agreed to discuss early resolution of the action and scheduled a private mediation for August 1, 2017;

WHEREAS the mediation was rescheduled due to a sudden illness and hospitalization to September 2017;

WHEREAS the parties have not previously requested to continue the scheduling conference; and

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE
39978014v.1

1 | WHEREAS the parties seek a continuance of the scheduling conference to preserve the Court's
2 | limited resources and avoid incurring additional litigation expenses prior to the mediation.

**NOW THEREFORE, THE PARTIES JOINTLY STIPULATE AS FOLLOWS**:

That the initial scheduling conference in this case be continued to Wednesday, October 25, 2017 at 10:00 a.m. (or such other date and time that this Court deems proper) in Courtroom 10, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California, and that all concomitant deadlines be continued accordingly.

IT IS SO STIPULATED.

DATED: August 3, 2017                     Respectfully submitted,

                                          SEYFARTH SHAW LLP


                                          By: /s/ Geoffrey C. Westbrook
                                              Mark P. Grajski
                                              Lindsay Fitch
                                              Geoffrey C. Westbrook
                                          Attorneys for Defendant
                                          NATIONAL EXPRESS TRANSIT
                                          CORPORATION


DATED: August 3, 2017                     BONONI LAW GROUP, LLP


                                          By: /s/ Christy W. Granieri
                                              Michael J. Bononi
                                              Christy W. Granieri

                                          Attorneys for Plaintiff
                                          JORGE GUZMAN HERNANDEZ

///
///
///
///
///
///

**ORDER**

Having considered the stipulation of the parties and finding good cause for their request, the initial scheduling conference in this case is hereby rescheduled for November 1, 2017 at 9:30 a.m. in Courtroom 10, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California. All associated deadlines are continued accordingly.

PURSUANT TO STIPULATION IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: **August 4, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE