UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE GUZMAN HERNANDEZ,<br><br>Plaintiff<br><br>v.<br><br>NATIONAL EXPRESS TRANSIT CORPORATION, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-00610-DAD-EPG<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE<br><br>(ECF No. 15) |

On June 27, 2017, Plaintiff Jorge Hernandez filed a notice of voluntary dismissal dismissing his claims against Defendant Daniel Klemple without prejudice. (ECF No. 7.)

On November 20, 2017, Plaintiff Jorge Hernandez filed a stipulation of dismissal of the remainder of the claims in the case. (ECF No. 15). All parties have agreed to the dismissal. *Id.* In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **November 27, 2017**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

1